Matter of Hoi Trinh v Siwek (2024 NY Slip Op 06474)

Matter of Hoi Trinh v Siwek

2024 NY Slip Op 06474

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, NOWAK, AND HANNAH, JJ.

840 OP 24-00882

[*1]IN THE MATTER OF HOI TRINH, PETITIONER,
v
DONNA M. SIWEK, IN HER OFFICIAL CAPACITY AS JUSTICE OF THE SUPREME COURT, COUNTY OF ERIE, AND FATHER JOSEPH THIEN NGUYEN, RESPONDENTS. 

HGT LAW, NEW YORK CITY (HUNG G. TA OF COUNSEL), FOR PETITIONER. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL), FOR RESPONDENT DONNA M. SIWEK, IN HER OFFICIAL CAPACITY AS JUSTICE OF THE SUPREME COURT, COUNTY OF ERIE.
FINNERTY OSTERREICHER & ABDULLA, BUFFALO (JOSEPH M. FINNERTY OF COUNSEL), FOR RESPONDENT FATHER JOSEPH THIEN NGUYEN.

 Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 506 [b] [1]) to compel respondent Donna M. Siwek, in her official capacity as Justice of the Supreme Court, County of Erie, to determine a motion. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 9 and 10, 2024,
It is hereby ORDERED that said proceeding is unanimously dismissed without costs upon stipulation.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court